03CV261 Settlement Conf

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

October 20, 2003

10:00 a.m.

3-03-cv-261   (RNC) Addario v USA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Frank Albert DeNicola Jr. | Law Offices of A. Reynolds Gordon, 1087 Broad Street, Bridgeport, CT 203-335-1183 |
| A. Reynolds Gordon | Gordon & Hiller, 1087 Broad St., Bridgeport, CT |
| Lauren M. Nash | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Set Conf. held w/ TPS — another conf. to be held 10/30 - 10:00

Conf: 10:00 A.M. - 1Y:15