UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Addario,
    Plaintiff

  - v -                            Civil No. 3-03CV261(RNC)

USA,
    Defendant

## ORDER

A settlement conference was held in this case today. The case has been settled. The parties shall promptly file the appropriate papers forthwith.

**IT IS SO ORDERED**

Dated at Hartford, Connecticut, this 30th day of October, 2003.

Thomas P. Smith
United States Magistrate Judge