UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

2003 OCT 30 P 1:22

US DISTRICT COURT
HARTFORD CT

October 30, 2003

10:00 a.m.

CASE NO. **3-03-cv-261** (RNC) **Addario v USA**

**SETTLEMENT CONFERENCE**

Frank Albert DeNicola Jr.
Law Offices of A. Reynolds Gordon
1087 Broad Street
Bridgeport, CT 06604


A. Reynolds Gordon
Law Office of A. Reynolda Gordon
1087 Broad St.
Bridgeport, CT 06604-4262


Lauren M. Nash
U.S. Attorney's Office
157 Church St., PO Box 1824
23rd Floor
New Haven, CT 06510

*Conf. held w/ TPS - Case settled*

*Time: 2'*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK