UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTOINETTE ADDARIO, : | |
| Plaintiff, : | CIVIL NO. 3:03CV261 (RNC) |
| v. : | |
| UNITED STATES OF AMERICA, : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Antoinette Addario, and the Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own costs and fees.

Dec 23, 2003
DATE

PLAINTIFF, ANTOINETTE ADDARIO

*/s/ A. Reynolds Gordon*
A. REYNOLDS GORDON, ESQ.
LAW OFFICES OF A. REYNOLDS GORDON
1087 BROAD STREET
BRIDGEPORT, CT 06604
(203) 335-1183
FEDERAL BAR NO. ct05810

DEFENDANT, UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

Dec. 29, 2003
DATE

*/s/ Lauren M. Nash*
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705