
21

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 DEC 30 A 11: __
U.S. DISTRICT COURT
HARTFORD, CT.

ANTOINETTE ADDARIO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL NO. 3:03CV261/(RNC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Antoinette Addario, and the Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own costs and fees.

Dec 23, 2003
DATE

FILED 2004 JAN -5 A 1:51 U.S. DISTRICT COURT HARTFORD, CT.

Dec. 29, 2003
DATE

PLAINTIFF, ANTOINETTE ADDARIO

*A. Reynolds Gordon*
A. REYNOLDS GORDON, ESQ.
LAW OFFICES OF A. REYNOLDS GORDON
1087 BROAD STREET
BRIDGEPORT, CT 06604
(203) 335-1183
FEDERAL BAR NO. ct05810

DEFENDANT, UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Lauren M. Nash*
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct01705

12/31/03 Approved to whom.